The Court is in receipt of the below letter advising the Court that Plaintiff desires to withdraw the case because he believes his claims are deficient and because he is concerned that he might be subject to retaliation from defendants because he believes they are members of an organization referred to as the "Proud Boys." Plaintiff also advises the Court not to drop the case and asks whether he should drop a particular defendant due to possible retaliation. Plaintiff also provided an incomplete notice of voluntary dismissal form. The submission does not make clear whether Plaintiff wishes to proceed with his claims or to dismiss his claims. To the extent he wishes to dismiss his claims, he can complete the voluntary dismissal form attached to this Endorsement and include the names of the parties that he wishes to dismiss. If Plaintiff wishes to instead amend his complaint to assert causes of action related to alleged harassment he can submit an amended complaint. The Clerk of the Court is directed to mail a copy of this Endorsement to pro se Plaintiff at his address listed on ECF and to show proof of service on the docket.

Dated: September 7, 2021
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

**MEMO ENDORSED**

Case Number 21-CV-3055

August, 19 2021

To the United States Federal Court System

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2021

I Eric Wynn decided to withdraw the case because Tucker – Albin & Assoc.

Is a collection agency that did not Idterfiy themselves as a collection Agency for debt? When they contacted me via e mail?

Second reason is that the collection Agency of Tucker Albin Assoc of Texas is owned by and their member including their executives that are high up in the company are members of the Proud Boys group In Texas, USA.

And so, for my personal safety and passably the safety of my Family members;

I decided to withdraw the case,

Now Regus my account I terminated back in 2020 I will include a copy of the termination letter with this report. so, they should have not have been billing me and should have closed out my account with them.

There was a zero balance on the bill with the last payment.

The fact that they passed off my contact information to a Proud Boys organization via their business entity

So, Regus Knew this because they had my race on the form under Ethnicity or Ethnic Group that is required on their forms when you open up the account with them in order to do business with them. Internally

They stated that it was required by Law.

So, Regus know what Ethnic group I belonged to form the start when they pass it of to Tucker Albin & Assoc. for collections. So, they also know who own the company of Tucker Albin & Assoc.

Now The owner of Green-Jay Ltd dose not Fit the Ethic Group of the Proud Boys nor any other Groups of that nature.

Plus, they kept comminating with me directly so that means that hey have my direct contact information; so, given the nature of the group of the Proud Boys a so for my safety and the safety of my company within the credit arena/others.

Thank You
Eric Wynn

I decided to withdraw the case angst Tucker Albin & Assoc. of Texas, USA. For now

| Flyers | Flyers | Presentatio... | Return Addr... | Bulk Posters | Envelope |
|---|---|---|---|---|---|
| $8.30 | $8.30 | $505.88 | $15.75 | $22.08 | $4 |

Check Mail

Compose Mail

regus  Search

- Inbox (999+)
- Draft
- Sent (574)
- Trash
- Junk Mail

My Folders  Add
- BP (65)
- Boat trip (288)
- Bus HOTel (75)
- DBE (153)
- E mail (78)
- E-Files (196)
- Friend (76)
- GJ R (999+)
- Khamen vieo (148)
- LEASES (273)
- MD home (130)
- NYC Hotels (719)
- New junk 1 (516)
- Scrap Metal (10)
- TRAVLE (197)
- Tax (380)
- USPS FILE (123)
- WINE 122 (14)
- WORK sec (66)
- funds (127)
- g-jay1 (216)
- junk one (8)
- newjunk
- old files (130)
- over flow (186)
- singles3 (10)

Reply | Forward | Delete | Print | Mark | Move

Back to Messages
Full Header

**GREEN-JAY LTD**
From: "yellow148@juno.com" <yellow
To: Orville.Liddie@regus.com
Sent: Wed, Dec 30, 2020 04:51 PM
    Office space MD ... (18KB)

Dear Mr. Liddie.

I am sending you this letter to inform you and your Company Regus Office that I am canceling My services with your company

Do not auto Renew.
Thank You For your service
Eric Wynn
Green-Jay Ltd
914-272-8883

Reply | Forward | Delete | Print | Mark | Move

---

My Juno   About Ads
My Account   Terms of Service
Our Services   Help
Privacy Policy   Account Activity Details
Your Privacy Rights: Do Not Sell My Info

Copyright ©2021 Juno Online Services, Inc.

Take the Pressure Off
SHOP NOW


## JUNO Message Center

From: "yellow148@juno.com" <yellow148@juno.com>

To: Orville.Liddie@regus.com

Sent: Wed, Dec 30, 2020 04:51 PM

Subject: GREEN-JAY LTD
    Office space MD ... (18KB)

Dear Mr. Liddie.

I am sending you this letter to inform you and your Company Regus Office that I am canceling My services with your company

**US Federal Court System**
**Case Number 21-cv-3035**

https://www.viaviewfiles.net/uncategorized/allen-humphris-ceo-of-texas-based-tucker-albin-assoc-is-a-supporter-of-white-supremacists/

Review: the above link on this via your computer, smart phone, others.

as well as asking if you the court can or should remove Mr. Allen Humphris, president & CEO of Tucker Albin & Associates name from the case after reviewing this article.

Mr. Wynn is one of the Group or Class of people, who Mr. Humphris is agent according to the article, reviewed: Mr. Humphris and his PROUD BOYS CREW.

Reason: any type of posable retaliation

But not to drop the case.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| , | ) | **NOTICE OF VOLUNTARY** |
| Plaintiff(s) | ) | **DISMISSAL PURSUANT TO** |
| v. | ) | **F.R.C.P. 41(a)(1)(A)(i)** |
|  | ) |  |
|  | ) | Case No.: |
| , | ) |  |
| Defendant(s) | ) |  |
|  | ) |  |
|  | ) |  |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) _____ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) _____.

Date:

_____
*Signature of plaintiffs or plaintiff's counsel*

_____
*Address*

_____
*City, State & Zip Code*

_____
*Telephone Number*

Rescun Are Inculed in Repout for Dismissal

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| _____, Plaintiff(s) <br> v. <br> _____, Defendant(s) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** <br><br> Case No.: |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) _____ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) _____.

Date:

_____
*Signature of plaintiffs or plaintiff's counsel*

_____
*Address*

_____
*City, State & Zip Code*

_____
*Telephone Number*