USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC WYNN,

                       Plaintiff,

  -against-

DAVID SANDERS; TUCKER ALBIN & ASSOCIATES; ALLEN HUMPHRIES,

                       Defendants.

No. 21 CIV 3503 (NSR)

**ORDER OF DISMISSAL**

NELSON S. ROMÁN, United States District Judge:

On December 12, 2022, this Court ordered Plaintiff to "show cause in writing on or before January 11, 2023 why this action should not be dismissed without prejudice for want of persecution pursuant to Fed. R. Civ. P. 41(b)." (ECF No. 18.) Plaintiff was warned that "[f]ailure to comply with this Court's present order will result in dismissal of this case for want of prosecution." (*Id.*) As of January 23, 2023, Plaintiff has not responded to this Court's December 12, 2022 Order to Show Cause. Accordingly, it is hereby

ORDERED that Plaintiff's claims be dismissed without prejudice for want of prosecution.

The Clerk of Court is kindly directed to mail a copy of this Order and a copy of the docket sheet to *pro se* Plaintiff at Plaintiff's address listed on ECF and to show service on the docket.

The Clerk of Court is further directed to terminate the action.

Dated:   January 23, 2023
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge